[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 16, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15059
Non-Argument Calendar

_____

D. C. Docket No. 04-00254-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANK JAMES CABBLE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(April 16, 2007)**

Before EDMONDSON, Chief Judge, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed appellate counsel for Frank James

Cabble on this direct criminal appeal, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.E.2d 493 (1967). Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cabble's conviction and sentence are **AFFIRMED**.